**WO**                                                                                                                   BL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Emmanuel McCrae, ) | No. CV 05-3389-PHX-NVW (LOA) |
| Plaintiff, ) | **ORDER FOR PAYMENT** |
| vs. ) | **OF REMAINING BALANCE** |
| ) | **OF INMATE FILING FEE** |
| Maricopa County Sheriff's Office, et al., ) | |
| Defendants. ) | |

**TO: ARIZONA DEP'T OF CORRECTIONS DIRECTOR DORA B. SCHRIRO.**

Plaintiff Joseph Emmanuel McCrae, presently confined in the Alhambra Unit of the Arizona State Prison Complex in Phoenix, Arizona has been assessed a filing fee of $250.00 for this action pursuant to 28 U.S.C. § 1915(b)(1).  An Order to collect the filing fee was previously issued to the Maricopa County Sheriff.  See Order (Doc. # 4).  Plaintiff has since been transferred to the custody of the Arizona Department of Corrections, and none of the filing fee has been collected.  Therefore, the $250.00 balance of the fee must be collected from the inmate's trust account now held by the ADOC.

Plaintiff is obligated to make monthly payments in the amount of 20 percent of the preceding month's income credited to Plaintiff's trust account. The Director of the Arizona Department of Corrections is required to forward these payments from Plaintiff's trust account to the Clerk of the Court each time the amount in the account exceeds $10.00, until the balance of the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

**IT IS THEREFORE ORDERED that:**

(1) The Director of the Arizona Department of Corrections or his designee shall collect from Plaintiff's trust account the $250.00 balance of the filing fee by collecting monthly payments from Plaintiff's trust account in an amount equal to 20 percent of the preceding month's income credited to Plaintiff's trust account and forwarding payments to the Clerk of the Court each time the amount in the account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2). The payments shall be clearly identified by the name and number assigned to this action.

(2) The Director of the Arizona Department of Corrections or his designee shall notify the Clerk of the Court in writing when Plaintiff is either released from the custody of the Arizona Department of Corrections or transferred to a custodian other than the Arizona Department of Corrections, so new billing arrangements may be made to collect any balance still outstanding.

(3) The Clerk of the Court is directed to serve by mail a copy of this Order on Dora B. Schriro, Director of the Arizona Department of Corrections, 1601 West Jefferson, Phoenix, Arizona, 85007.

(4) The Clerk of the Court is directed to serve by mail a copy of this Order on Michael Brodsky, Office of the Arizona Attorney General, 1275 West Washington, Phoenix, Arizona, 85007.

DATED this 10th day of November, 2005.

_____
Neil V. Wake
United States District Judge